THE MONTCLAIR WATER COMPANY, DEFENDANT IN
ERROR, v. THE TOWN OF MONTCLAIR, PLAINTIFF
IN ERROR.

Argued November 23, 1910—Decided March 6, 1911.

On error to the Supreme Court.

For the plaintiff in error, *Robert M. Boyd, Jr.,* and *Frank
H. Sommer.*

For the defendant in error, *Edwin B. Goodell.*

PER CURIAM.

This action arises out of a contract made between the par-
ties, whereby the plaintiff agreed to furnish water to the de-
fendant for certain purposes for a term of years, in considera-
tion of "a sum equal to the annual taxes for the current year
which shall be assessed upon the franchise and real and
personal property of the company actually used in connection
with the business of supplying water (including the real estate
at the pump house and standpipe), payable annually on or
before December 15th."

Plaintiff sued to recover an amount equal to the tax as-
sessed by the state for the year 1908 against the company
under the act of March 23d, 1900.   *Pamph. L., p. 502.*

The only question presented is whether, by the true con-
struction of the agreement, the tax annually assessed under
that statute is a part of the stipulated compensation for the
water service.   In our opinion this question should be an-
swered in the affirmative.

This view leads to an affirmance of the judgment under
review.

*For affirmance*—THE CHANCELLOR, SWAYZE, REED, TREN-
CHARD, PARKER, BERGEN, MINTURN, BOGERT, VREDENBURGH,
VROOM, CONGDON, JJ.   11.

*For reversal*—None.